PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES INC.; | Case No. 2:11-cv-08620-JHN-JCGx |
| Petitioner, | **JUDGMENT CONFIRMING ARBITRATION AWARD** |
| vs. | |
| DAVID EDWARD LAMARCHE, an individual, | |
| Respondent. | |

Having considered the papers filed by all parties, and having heard oral argument by counsel, the Court determines that good cause exists to grant Petitioner's Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The arbitration award issued by the Financial Industry Regulatory Authority Dispute Resolution ("FINRA") arbitration panel in the binding arbitration between Petitioner UBS Financial Services and Respondent David Edward Lamarche, entitled *UBS Financial Services Inc., v. David Edward Lamarche,* before the Financial Industry Regulatory Authority ("FINRA"), Case No. 10-02359, is CONFIRMED in its entirety;

3. JUDGMENT shall be entered in conformity with the FINRA Arbitration Award;

4. Petitioner shall also be awarded post-award, pre-judgment interest at the legal rate pursuant to New York Civil Practice Law and Rules Section 5004 from the date of the FINRA Arbitration Award until judgment is entered by this Court and post-judgment interest at the legal rate pursuant to 28 U.S.C. Section 1961 from the date of the judgment until the total judgment amount is fully paid;

5. Petitioner shall also be awarded reasonable attorneys' fees and costs incurred by Petitioner in its continuing efforts to collect on the FINRA Arbitration Award and/or the Judgment entered by this Court, from October 23, 2010 until the total judgment amount is fully paid.

IT IS SO ORDERED.

Dated: April 30, 2012

_____
The Honorable
United States District Court for the
Central District of California