DEVIN A. DONOHUE (SBN 190030)
ddonohue@pldlawyers.com
JEFFREY N. GOLDBERG (SBN 217555)
jgoldberg@pldlawyers.com
ALISON R. KALINSKI (SBN 266705)
akalinski@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 S. Flower St., 21st Floor
Los Angeles, CA 90017
Telephone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Petitioner
UBS FINANCIAL SERVICES INC.

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., <br><br> Petitioner, <br><br> vs. <br><br> DAVID EDWARD LAMARCHE, an individual, <br><br> Respondent. | Civil Case No. CV11-8620 JHN (JCGx) <br><br> [PROPOSED] AMENDED JUDGMENT |

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

IT IS HEREBY ADJUDGED and DECREED that judgment is entered in conformity with the arbitration award (the "Award") issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration between Petitioner UBS Financial Services Inc. ("UBS") and Respondent David Edward Lamarche ("Lamarche"), entitled *UBS Financial Services Inc., v. David Edward Lamarche,* before the Financial Industry Regulatory Authority ("FINRA"), Case No. 10-02359, as follows:

1. Judgment is awarded in favor of UBS and against Lamarche in the amount of the Award in the sum of $362,644.24;

2. Lamarche shall pay UBS post-award, pre-judgment interest on the above sum at the legal rate of 9% per annum pursuant to New York Civil Practice Law and Rules Section 5004 (daily interest amount of $89.42) from the date of the FINRA Arbitration Award (October 25, 2010) until the date of judgment for a total pre-judgment interest amount of $49,449.26; and

3. Lamarche shall pay UBS post-judgment interest on both the sum set forth in item 1 above and pre-judgment interest amount set forth in item 2 above at the legal rate pursuant to 28 U.S.C. § 1961 from the date of the judgment until paid in full.

IT IS SO ADJUDGED and DECREED.

Dated: 5/22, 2012

_____
The Honorable Jacqueline H. Nguyen
United States District Court for the
Central District of California

[PROPOSED] AMENDED JUDGMENT